IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
GREAT FALLS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>FEDERICO MORAN-ZARRAGA,<br><br>Defendant. | MJ 25-59-GF-JTJ<br><br>**JUDGMENT** |

  Defendant Frederico Moran-Zarraga (Moran-Zarraga) appeared before the Court for an initial appearance on April 30, 2025, and consented to appear before the undersigned for trial, judgment and sentence. After doing so, Moran-Zarraga entered a plea of guilty to the crime of Failure to Register as Alien in violation of 8 U.S.C. § 1306(a). Moran-Zarraga's plea of guilty was made knowingly, intelligently, and voluntarily. Moran-Zarraga understood his constitutional rights and the extent to which such rights were waived by a plea of guilty.

  Having considered the evidence, sentencing recommendations of the parties, and the sentencing factors in 18 U.S.C § 3553, the Court enters the following sentence:

  1. Moran-Zarraga shall serve a custodial sentence of time served, with

no supervised release to follow.

2. No fine or special assessment is imposed.

## NOTICE OF RIGHT TO APPEAL

Moran-Zarraga was advised that, pursuant to 18 U.S.C. § 3742(h) and Federal Rule of Criminal Procedure 58(g)(2)(B), he has the right to appeal the sentence imposed in this case to a United States District Court Judge within 14 days after entry of this Judgment. Moran-Zarraga waived his right of appeal.

The Clerk shall notify the parties of the entry of this Judgment.

DATED this 30th day of April 2025.

_____
John Johnston
United States Magistrate Judge